United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 10-40730-NB
David Lyday                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: nvandenst           Page 1 of 3              Date Rcvd: Sep 11, 2015
                             Form ID: van110           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2015.
```
db          +David Lyday,    11036 Atkinson Ave,    Inglewood, CA 90303-2441
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr          +JPMorgan Chase Bank, National Association,     Aldridge Pite, LLP,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr          +PRA Receivables Management, LLC,     PO Box 12907,    Norfolk, VA 23541-0907
26999606    +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
26999607    +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
32995482    +Capital One Bank (USA), N.A.,     P.O. Box 12907,    Norfolk, VA 23541-0907
26999608    +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
26999609    +Chase,   PO Box 24696,    Columbus, OH 43224-0696
26999610    +Citi Cards/Citibank,    PO Box 6500,    Sioux Falls, DE 57117-6500
26999611    +Conco/Phillips/Union76/Citibank,     PO Box 6497,    Sioux Falls, SD 57117-6497
26999612    +Dell Computer/Web Bank,    12234 N IH 35 SB BLDG B,    Austin, TX 78753-1724
27088305    +Department Stores National Bank/Macy's,     Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
26999614    +Exxonmobile/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
27534078    +Fia Card Services, NA As Successor In Interest to,     Bank of America NA and Mbna America Bank,
              1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
26999615    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
26999622    +HSBC Bank,    PO Box 5253,    Carp; Stream, IL 60197-5253
27218892    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,     PO Box 12907,
              Norfolk VA 23541-0907
26999621     Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
28355369    +JP Morgan Chase Bank, N.A.,    National Payment Services,     PO Box 24785,
              Columbus, OH 43224-0785
26999623     JP Morgan Chase Legal Department,     300 S Grand Ave 4th Fl,    Los Angeles, CA 90071-3109
27268833    +JPMorgan Chase Bank, National Association,     c/o Pite Duncan, LLP,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
26999624    +Macys,   PO Box 8218,    Mason, OH 45040-8218
27892408   ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC.,     P.O. Box 41067,
              Norfolk, VA 23541)
27502541    +PRA Receivables Management LLC,     As Agent Of Portfolio Recovery Assocs,
              c/o Chevron And Texaco,    POB 41067,    Norfolk VA 23541-1067
33746878    +PRA Receivables Management, LLC,     POB 41067,    Norfolk, VA 23541-1067
27602415    +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,
              c/o Chase Bank USA, N.A.,    POB 41067,    Norfolk VA 23541-1067
27269901    +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o Lowes,
              POB 41067,    Norfolk VA 23541-1067
26999625    +Sears/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
26999626    +Shell/Citibank SD,    PO Box 6497,    Sioux Falls, SD 57117-6497
26999627    +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
27207617   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201)
27844207     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
27559182     eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
27605957     eCAST Settlement Corporation, assignee,     of Chase Bank USA, NA successor by,
              merger to Washington Mutual,    POB 29262,    New York, NY 10087-9262
27486232     eCAST Settlement Corporation, assignee,     of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: itcdbg@edd.ca.gov Sep 12 2015 02:35:01      Employment Development Dept.,
              Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg          E-mail/Text: BKBNCNotices@ftb.ca.gov Sep 12 2015 02:35:52      Franchise Tax Board,
              Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:46
              PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
26999604     E-mail/Text: bnc-applied@quantum3group.com Sep 12 2015 02:35:30      Applied Bank,
              PO Box 10210,    Wilmington, DE 19850
27534233     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2015 02:43:35         CR Evergreen, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
27292544    +E-mail/Text: bncmail@w-legal.com Sep 12 2015 02:35:13      Candica L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
27126818     E-mail/PDF: mrdiscen@discover.com Sep 12 2015 02:43:12      Discover Bank/DFS Services LLC,
              PO Box 3025,    New Albany, OH  43054-3025
26999613     E-mail/PDF: mrdiscen@discover.com Sep 12 2015 02:43:12      Discover Fin Svcs Llc,
              PO Box 15316,    Wilmington, DE 19850-5316
30801832    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2015 02:43:19
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
```

```
District/off: 0973-2           User: nvandenst              Page 2 of 3                   Date Rcvd: Sep 11, 2015
                               Form ID: van110              Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26999616      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 02:43:28      Ge Capital/Walmart,
               PO Box 981400,   El Paso, TX 79998-1400
26999617      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 02:43:28      Ge Money Bank/Chevron,
               PO Box 981432,   El Paso, TX 79998-1432
26999619      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 02:43:28      Ge Money Bank/Lowes,
               PO Box 981416,   El Paso, TX 79998-1416
26999618      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 02:43:28      Ge Money Bank/Lowes,
               PO Box 981064,   El Paso, TX 79998-1064
26999620      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 02:43:28      Ge/JCPenny,   PO Box 981131,
               El Paso, TX 79998-1131
27336613      +E-mail/Text: bknotice@ncmllc.com Sep 12 2015 02:35:15      National Capital Management, LLC.,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
27339646      +E-mail/Text: bncmail@w-legal.com Sep 12 2015 02:35:13      Oak Harbor Capital Llc,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
30474166      +E-mail/Text: bncmail@w-legal.com Sep 12 2015 02:35:13      Oak Harbor Capital, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
27892408       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:46
               Portfolio Recovery Associates, LLC.,   P.O. Box 41067,   Norfolk, VA 23541
27502541      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:15
               PRA Receivables Management LLC,   As Agent Of Portfolio Recovery Assocs,
               c/o Chevron And Texaco,   POB 41067,   Norfolk VA 23541-1067
27602415      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:46
               PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o Chase Bank USA, N.A.,   POB 41067,   Norfolk VA 23541-1067
27269901      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:34
               PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Lowes,
               POB 41067,   Norfolk VA 23541-1067
33746878      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 02:43:47
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
27481482      +E-mail/Text: csidl@sbcglobal.net Sep 12 2015 02:35:35      Premier Bankcard/Charter,
               P.O. Box 2208,   Vacaville, CA 95696-8208
28057571       E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2015 02:35:02      Quantum3 Group LLC,
               PO Box 788,   Kirkland, WA 98083-0788
27073631      +E-mail/Text: bncmail@w-legal.com Sep 12 2015 02:35:13      Target National Bank,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
33492094      +E-mail/Text: bncmail@w-legal.com Sep 12 2015 02:35:34      Vanda, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
cr              JPMorgan Chase Bank, National Association
cr*             CR Evergreen, LLC,    MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +Oak Harbor Capital, LLC,   c/o Weinstein And Riley, PS,   2001 Western Avenue,  Suite 400,
                 Seattle, WA 98121-3132
cr*            +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
27339648*      +Candica, L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
27339647*      +Oak Harbor Capital Llc,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
33700379*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO BOX 41067,
                 Norfolk, VA 23541)
26999628*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO Box 108,   Saint Louis, MO 63166)
33529271*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
26999605      ##+Bank Of America,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 2, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-2          User: nvandenst              Page 3 of 3              Date Rcvd: Sep 11, 2015
                              Form ID: van110              Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2015 at the address(es) listed below:
              Balpreet  Thiara    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkthiara@gmail.com, mvanfleet@albertellilaw.com
              Carol E Hardy    on behalf of Creditor    PRA Receivables Management LLC
               dgarcia@portfoliorecovery.com, PRA_BK_Case_Updates@portfoliorecovery.com
              Dianna  Soto    on behalf of Creditor    JPMorgan Chase Bank, National Association
               dianna.soto@jpmchase.com
              Dolores  Garcia    on behalf of Creditor    PRA Receivables Management, LLC
               dgarcia@portfoliorecovery.com
              Edward T Weber    on behalf of Interested Party    Courtesy NEF bknotice@rcolegal.com
              Gagan G Vaideeswaran    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfcacb@aldridgepite.com, GGV@ecf.inforuptcy.com;gvaideeswaran@aldridgepite.com
              Josephine E Salmon    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
              Josh  Harrison    on behalf of Creditor    Vanda, LLC ADVSupport@w-legal.com,
               advnotices@w-legal.com
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Linh K Tran    on behalf of Creditor    CR Evergreen, LLC bk.mail@quantum3group.com
              Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@rcolegal.com,
               nlee@rcolegal.com;RCO@ecf.inforuptcy.com
              Natavia N Ellis    on behalf of Creditor    JPMorgan Chase Bank, National Association
               natavia.ellis@chase.com
              Richard S Ralston - INACTIVE -    on behalf of Creditor    Oak Harbor Capital, LLC
               richardr@w-legal.com, advnotices@w-legal.com
              Scott  Kosner    on behalf of Debtor David  Lyday scottK@tysonfirm.com, albert@tysonfirm.com
              Tyson  Takeuchi    on behalf of Debtor David  Lyday tyson@tysonfirm.com,
               albert@tysonfirm.com;armen@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 16
```

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
David Lyday

**BANKRUPTCY NO.** 2:10–bk–40730–NB
**CHAPTER** 13

**SSN:** xxx–xx–6244
**EIN:** N/A

11036 Atkinson Ave
Inglewood, CA 90303

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: September 11, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of the Court